UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

IN RE:

| | | |
|---|---|---|
| MICHAEL KLANCIK | ) | Case No. 13 B 11866 |
| | ) | Chapter 13 |
| Debtor | ) | |
| | ) | Judge: JACQUELINE P. COX |

## NOTICE OF MOTION

Please take notice that on the 6th of July 2015 at 9:00 AM my designee or I will appear before the Honorable Judge Jacqueline P. Cox in Courtroom 680 at 219 S. DEARBORN ST, CHICAGO ILLINOIS, and present the motion as set forth below.

/s/ Tom Vaughn, Trustee

## TRUSTEE'S MOTION TO VACATE DEBTOR'S DISCHARGE

Now comes Tom Vaughn, Trustee pursuant to §1328(e) in the above entitled case and requesting that this Honorable Court to vacate the Discharge Order entered on December 3, 2014, entered in this case. In support of this motion, the Trustee states as follows:

1. This Honorable Court has jurisdiction of this proceeding pursuant to 28 U.S.C. § 157 and 28 U.S.C. § 1334.

2. This is a core proceeding within the meaning of 28 U.S.C. § 157 (b) (1) and (2).

3. Venue is proper pursuant to 28 U.S.C. § 1409.

4. Debtors filed a petition under 11, U.S.C. Chapter 13 on March 23, 2013.

5. On December 3, 2014 an Order of Discharge was entered the case was closed under 11 USC § 1328 (a).

6. The trustee reported that the plan was paid in full when in fact there was a remaining balance due and the 12.45% dividend to the general unsecured creditors was not met.

7. The Trustee respectfully request this Honorable Court vacate the Order of Discharge entered December 3, 2014 and to allow the debtor to complete his Chapter 13 bankruptcy according to the terms of the plan and rightfully obtain a discharge.

WHEREFORE, the Trustee requests that this Honorable Court enter an order vacating the Order of Discharge and for such other and further relief as this court deems proper.

                                          Respectfully submitted,

                                          /s/ Tom Vaughn

Tom Vaughn, Chapter 13 Trustee
55 E. Monroe, Suite 3850
Chicago Illinois 60603
(312) 294-5900

### Certificate of Service

I certify that this office caused a copy of this notice to be delivered to the above listed parties below as well as on the attached court's Service List by depositing it in the U.S. Mail at 55 E. Monroe, Chicago, IL on June 19, 2015.


Michael Klancnik
88 Spring Ave,
Glen Ellyn, IL 60137

Bach Law Office
P.O. Box 1285
Northbrook, IL 60065

Patrick S. Layng
United States Department of Justice
Office of the United States Trustee
219 South Dearborn Street, Room 873
Chicago, IL 60604


          Respectfully Submitted,

          /s/ Tom Vaughn


Tom Vaughn, Chapter 13 Trustee
55 E. Monroe, Suite 3850
Chicago Illinois 60603
(312) 294-5900